UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

Plaintiff,

v.

YVONNE GONZALEZ ROGERS,

Defendant.

Case No. 19-cv-04544-YGR (PR)

**ORDER OF RECUSAL AND FOR REASSIGMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the Court, finding myself disqualified in the above-captioned action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

Dated: August 7, 2019

YVONNE GONZALEZ ROGERS
United States District Judge