IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, | No. C 19-4544 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JUDGE YVONNE GONZALEZ-ROGERS; DOES 1-8, | |
| Defendants. | |
| _____/ | |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action. On August 30, 2019, the clerk notified plaintiff that he must either pay the filing fee or file a completed application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff an IFP application, instructions, and a stamped return envelope. The notices informed plaintiff that the case would be dismissed if he did not file a complaint and either pay the fee or file the completed IFP application within 28 days. No response to that notice has been received. As plaintiff has not paid the fee, filed an IFP application, explained such a failure, or requested additional time, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November __18__, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE